UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
          :
JASON PEREZ,         :
          :
        Petitioner, :
          :    17-CV-5116 (VSB)
    -against-  :
          :    **ORDER**
UNITED STATES OF AMERICA, :
          :
        Respondent. :
          :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of Petitioner's Motion Pursuant to Federal Rule of Civil Procedure 15 to Supplement Petitioner's Motion Pursuant to 28 U.S.C. § 2255 filed in *Perez v. United States*, 17-CV-5116. (Doc. 8.) Accordingly, it is hereby:

    ORDERED that the Government file a response to Petitioner's § 2255 motion on or before April 15, 2022. The Government is further ordered to file its response on the docket for *Perez v. United States*, 17-CV-5116.

SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                            Vernon S. Broderick
                                            United States District Judge